# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARQUIS MCGEE, | : | PRISONER FEDERAL TORT |
| Plaintiff, | : | CLAIM |
| | : | 28 U.S.C. § 1346 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| Defendant. | : | 1:19-CV-0897-SCJ-JFK |

## **ORDER**

The complaint [1] in this action was filed in February 2019, and the answer [16] was filed in May 2019. As of July 15, 2019, more than six months ago, when Defendant filed supplemental initial disclosures [18], there have been no substantial proceedings of record in this case. See LR 41.3(A)(3), NDGa. It is therefore **ORDERED** that Plaintiff show cause in writing within twenty (20) days why this case should not be dismissed. The Clerk is **DIRECTED** to submit this case to the Court for further action at the expiration of the twenty days.

**IT IS SO ORDERED**, this 31st day of January, 2020.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE